UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-00049-SNLJ |
| | ) | |
| KIETH MAYBERRY, d/b/a Keith Mayberry Farms, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Nutrien Ag Solutions, Inc.'s Motion for Entry of Default Judgment [Doc. 12]. For the reasons stated below, the motion will be granted.

Plaintiff filed this breach of contract lawsuit against defendants Keith Mayberry, d/b/a Keith Mayberry Farms, Charter Oak Ag, Inc., and Hillstore, Inc. for failure to pay with regard to an Account Agreement to supply agricultural materials and services for farming operations on credit [Doc. 1]. Plaintiff asserts claims for action on account and unjust enrichment and alleges that $567,066.13 plus interest is owed on the account [*Id.*]. Despite being served, defendants Keith Mayberry, d/b/a Keith Mayberry Farms, Charter Oak Ag, Inc., and Hillstore, Inc. failed to appear or file a responsive pleading. As a result, a Clerk's Entry of Default was entered against defendants on June 3, 2026 [Doc. 11].

On June 10, 2026, plaintiff filed this Motion for Entry of Default Judgment seeking judgment in the amount of $567,066.13 plus interest [Doc. 12, ¶ 2]. In support of

the motion, plaintiff submitted the affidavit testimony of plaintiff's special assets manager along with an account ledger and invoices [Docs. 12-1, 12-2, 12-3, 12-4, 12-5]. Having fully considered the record before the Court, the motion is granted, and judgment will be entered in the amount of $567,066.13 plus interest as called for by the Account Agreement or as allowed by statute.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Nutrien Ag Solution, Inc.'s Motion for Entry of Default Judgment against defendants Keith Mayberry, d/b/a Keith Mayberry Farms, Charter Oak Ag, Inc., and Hillstore, Inc. [Doc. 12] is **GRANTED**.

**IT IS FURTHER ORDERED** that default judgment is entered in favor of plaintiff and against defendants Keith Mayberry, d/b/a Keith Mayberry Farms, Charter Oak Ag, Inc., and Hillstore, Inc. for the sum certain of $567,066.13 plus interest as called for by the Account Agreement or as allowed by statute. Post-judgment interest shall continue at the legal rate as provided by law until paid in full.

A separate judgment will be entered.

**SO ORDERED** this 3rd day of September, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE